**IN THE MISSOURI COURT OF APPEALS**
**HANDDOWN LIST OF MARCH 22, 2016**
**WESTERN DISTRICT**


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------------

| | |
|---|---|
| WD78064 | James Randolph vs. Christine M. Baldwin, et al |
| WD78185 | Derrick W. Forte vs. State of Missouri |
| WD78506 | Lisa M. Howes vs. John M. Howes |
| WD78649 | John W. Woodruff vs. The Board of Zoning Adjustment of the City of Kansas City, Missouri |
| WD78738 | John E. Wagner Jr. vs. Carol Ann Wagner |


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------------

**None**